**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

Insight Venture Partners, LLC,

    Plaintiff,

v.

Experian Australia Holdings Pty Ltd (f/k/a Hardball Holdings Pty Ltd),

    Defendant.

------------------------------------------------------------x

Case No. _____

08 CV 8151

JUDGE JONES

*U.S. DISTRICT COURT FILED SEP 19 2008 S.D. OF N.Y.*

### ORDER DIRECTING COMPLAINT AND CERTAIN CONFIDENTIAL DOCUMENTS TO BE FILED UNDER SEAL

Plaintiff Insight Venture Partners, LLC ("Insight Venture Partners"), by and through its undersigned counsel, has requested an Order directing that the Complaint be filed under seal pursuant to the express terms of a certain Stock Purchase Agreement, dated April 18, 2007, by and among Insight Venture Partners, defendant Experian Australia Holdings Pty Ltd ("Experian") and Hitwise, Inc. ("Hitwise") (the "Purchase Agreement"), and that certain confidential documents attached to the Complaint also be filed under seal:

WHEREAS, this breach of contract action seeks to prevent Experian from withholding monies placed in escrow pursuant to the Purchase Agreement and a related Escrow Agreement;

WHEREAS, resolution of the parties' dispute involves the proper construction of the Purchase and Escrow Agreements, and the rights and obligations of the parties therein, and the Complaint therefore references, discusses and contains the confidential terms of the Purchase

4474052.1

and Escrow Agreements, and also attaches those Agreements and a letter from the defendant Experian discussing those Agreements;

WHEREAS, the parties have expressly agreed in the Purchase Agreement that plaintiff Insight Venture Partners is precluded from, at any time, making use of, divulging or otherwise disclosing the terms of those Agreements, and have acknowledged the likely harm of public disclosure of such confidential information;

IT IS HEREBY ORDERED that counsel for Insight Venture Partners shall file under seal the Complaint and the following attachments to the Complaint: the Purchase Agreement (Exhibit 1); the Escrow Agreement (Exhibit 2), and Experian's June 12 letter discussing confidential terms of those Agreements (Exhibit 3).

This Order will continue after the termination of the action or until further Order of the Court.

Dated: New York, New York
       September 19, 2008

SO ORDERED.

_____
U.S.D.J.